| | |
|---|---|
| Jeffrey Francis Craft SBN 147186<br>jcraft@devlinlawfirm.com<br>DEVLIN LAW FIRM LLC<br>2069 Cold Canyon Road<br>Calabasas, CA 91302<br>Telephone: (302) 449-9010<br>Facsimile: (302) 353-4251<br><br>Timothy Devlin (*pro hac vice* to be filed)<br>tdevlin@devlinlawfirm.com<br>Robert Dean Kiddie, Jr. (*pro hac vice* to be filed)<br>rkiddie@devlinlawfirm.com<br>DEVLIN LAW FIRM LLC<br>1306 N. Broom St., 1st Floor<br>Wilmington, DE 19806<br>Telephone: (302) 449-9010<br>Facsimile: (302) 353-4251<br><br>Seth Wiener SBN 203747<br>seth@sethwienerlaw.com<br>LAW OFFICES OF SETH WIENER<br>609 Karina Court<br>San Ramon, CA 94582<br>Telephone: (925) 487-5607<br><br>Attorneys for Express Mobile, Inc. | MICHAEL E. DERGOSITS (SBN 118206)<br>email: mdergosits@dergnoah.com<br>IGOR SHOIKET (SBN 190066)<br>email: ishoiket@dergnoah.com<br>DERGOSITS & NOAH LLP<br>One Embarcadero Center, Suite 350<br>San Francisco, CA 94111<br>Telephone: (415) 705-6377<br>Facsimile: (415) 750-6383<br><br>Attorneys for Defendant<br>HAPPIEST MINDS TECHNOLOGIES,<br>PVT. LTD |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| EXPRESS MOBILE, INC.,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>HAPPIEST MINDS TECHNOLOGIES, PVT. LTD.,<br><br>　　　　Defendant. | Case No: 3:18-cv-04683-RS<br><br>**STIPULATION AND ~~PROPOSED~~ ORDER REGARDING FILING OF FIRST AMENDED COMPLAINT** |

IT IS HEREBY STIPULATED by Plaintiff Express Mobile, Inc., ("Plaintiff") and Defendant Happiest Minds Technologies, PVT. LTD., ("Defendant"), subject to the approval of the Court, that:

1. Pursuant to Fed. R. Civ. P. 15(a), and in the interests of judicial efficiency, Plaintiff may file the First Amended Complaint attached hereto as Exhibit 1;

2. The First Amended Complaint shall be filed as a separate docket entry item upon entry of this stipulation and shall be deemed served upon filing;

3. The parties agree that Defendant's stipulation and consent to allow Plaintiff to amend its Complaint does not constitute an admission of any of the allegations contained in the First Amended Complaint and Defendant reserves their rights to deny any allegations in the First Amended Complaint; and,

4. The parties further agree that Plaintiff shall not use the filing of the First Amended Complaint as a basis to seek an extension or other alteration of the current schedule in place in this action.

5. The parties further agree the Defendant shall have forty-five (45) days to respond to Plaintiff's First Amended Complaint.

Respectfully submitted,

Dated: October 24, 2018

By: */s/ Jeffrey Francis Craft*
    Jeffrey Francis Craft SBN 147186

By: */s/ Michael E. Dergosits*
    Michael E. Dergosits (SBN 118206)

*Attorneys for Plaintiff*
*Express Mobile, Inc.*

*Attorneys for Defendant*
*Happiest Minds Technologies, PVT. LTD*

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: 10/25, 2018

_____
Honorable Richard Seeborg
United States District Judge

STIPULATION AND PROPOSED ORDER REGARDING FILING OF FIRST AMENDED COMPLAINT